UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT SCOTT,

           Plaintiff,

    v.

METACRINE, INC., RICHARD HEYMAN, RONALD EVANS, ANDREW GUGGENHIME, JEFFREY JONKER, PRESTON KLASSEN, JOHN MCHUTCHISON, AMIR NASHAT, and JULIA OWENS,

           Defendants.

No. 22-CV-9939 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On November 22, 2022, a complaint was filed in this matter purporting to seek to preliminarily enjoin a "stockholder vote unless and until … [Securities] Exchange Act violations are cured." Complaint ¶ 4. According to the complaint, the stockholder vote is scheduled for December 20, 2022. *Id.* To date, Plaintiff has not moved for a temporary restraining order or preliminary injunction, nor has Plaintiff filed proof of service on the docket.

By no later than December 7, 2022, Plaintiff shall provide a status update to the Court indicating whether he intends to seek preliminary relief, and if so, when he intends to do so. He shall also advise as to when he expects service to be effectuated.

SO ORDERED.

Dated:    December 6, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge